IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-18-3560 |
| ACTELION PHARMACEUTICALS LTD., et al., | * | |
| | * | |
| Defendants. | | |

*****

**<u>ORDER</u>**

On April 13, 2021, the United States Court of Appeals for the Fourth Circuit issued an opinion vacating this Court's September 30, 2019 dismissal of Plaintiffs' claims and remanding to this Court for further proceedings. (ECF No. 55). The Fourth Circuit's mandate issued on May 5, 2021. (ECF No. 56). Accordingly, it is this 7th day of May, 2021, hereby:

ORDERED that this Clerk is directed to RE-OPEN this case; and

IT IS FURTHER ORDERED that Defendants shall ANSWER Plaintiffs' Amended Complaint within fourteen (14) days of the date of this Order.

_____/s/_____
George L. Russell, III
United States District Judge