UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

June 17, 2021

MEMORANDUM TO COUNSEL RE:     Mayor and City Council of Baltimore v.
Actelion Pharmaceuticals Ltd., et al.
Civil Action No. GLR-18-3560

Dear Counsel:

The Court is in receipt of the parties' June 15, 2021 joint status report (ECF No. 68). The parties disagree on two issues: (1) the number of party and non-party depositions; and (2) the deadline to move for joinder of additional parties and/or to amend the pleadings. The Court addresses each issue in turn.

Plaintiffs propose that each side be limited to 15 party depositions, with no limit on the number of non-party depositions. Defendants suggest that each side should get 20 depositions total. At this time, the Court will adopt Defendants' proposal and limit depositions, third-party or otherwise, to 20 per side. If necessary, the parties may request additional depositions through mutual agreement or upon a showing of good cause.

Next, Plaintiffs seek to extend the deadline to move for joinder of additional parties and/or amendment of pleadings to September 29, 2021. Defendants respond that the deadline should remain at July 8, 2021. The Court agrees with Defendants and will enter a modified Scheduling Order reflecting this date.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge