UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*,

        Plaintiffs,

v.

ACTELION PHARMACEUTICALS LTD., *et al.*,

        Defendants.

Case No. 18-cv-3560-GLR

**APPROVED this 17th day of December, 2021. This matter is hereby DISMISSED without prejudice. The Clerk is directed to CLOSE this case.**

/s/
_____
**George L. Russell, III**
**United States District Judge**

## STIPULATION OF VOLUNTARY DISMISSAL
## OF PLAINTIFF MAYOR AND CITY COUNCIL OF BALTIMORE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties and/or their respective counsel that Plaintiff Mayor and City Council of Baltimore ("Baltimore"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismisses its claims against all Defendants without prejudice. All parties to this stipulation to bear their own costs.

DATED: December 16, 2021　　　　　　　　　Respectfully submitted,

*/s/ Damaris Hernández*
Damaris Hernandez
Katherine B. Forrest
CRAVATH SWAINE AND MOORE LLP
825 Eighth Ave
New York, NY 10019
212-474-1486
dhernandez@cravath.com
kforrest@cravath.com

Gregory Todd Lawrence
LAWRENCE LAW LLC

The Warehouse at Camden Yards
323 W. Camden Street, Suite 700
Baltimore, MD 21201
410-837-6995

*/s/ Sharon K. Robertson*
Sharon K. Robertson
Donna M. Evans
David O. Fisher
Aaron J. Marks
COHEN MILSTEIN SELLERS & TOLL
88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com
dfisher@cohenmilstein.com
amarks@cohenmilstein.com

Joseph M. Sellers
COHEN MILSTEIN SELLERS & TOLL
1100 New York Ave. NW Ste 500 East
Washington, DC 20005
202-408-4600