IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ACTELION PHARMACEUTICALS LTD., *et al.*,<br><br>Defendants. | Case No. 1:18-cv-03560-GLR |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Michelle Noorani (#26438), am a member in good standing of the bar of this Court. I am moving the admission of Amisha R. Patel, to appear *pro hac vice* in this case as counsel for Actelion Pharmaceuticals Ltd., Actelion Pharmaceuticals US Inc., Janssen Research & Development, LLC.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York, 2011 | United State Supreme Court, 2019 |
| District of Columbia, 2012 | United States Court of Appeals, Federal Circuit, 2012 |
| | United States Court of Appeals, Second Circuit, 2020 |

|   |   |
|---|---|
|   | United States Court of Appeals, Ninth Circuit, 2018 |
|   | U.S. District Court for the Eastern District of Michigan, 2019 |
|   | U.S. District Court for the Southern District of New York, 2019 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant or Gregory Lawrence, Liam Rhodes or Christopher Finke of Lawrence Law LLC are also members of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission *pro hac vice* accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

Michelle Noorani
Printed Name

Lawrence Law LLC
Firm

PROPOSED ADMITTEE

Signature

Amisha R. Patel
Printed Name

Dechert LLP
Firm

2

Scanned with CamScanner

| | |
|---|---|
| 323 W. Camden Street, Suite 700<br>Address | 1900 K Street, NW<br>Address |
| Baltimore, MD  21201<br>City, State, Zip Code | Washington, D.C. 20006-1110<br>City, State, Zip Code |
| 410-837-6995<br>Telephone Number | 202-261-3374<br>Telephone Number |
| 410-837-6995<br>Fax Number | 202-261-3333<br>Fax Number |
| michelle@lawrencelawllc.com<br>Email Address | amisha.patel@dechert.com<br>Email Address |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of January, 2022, the foregoing Entry of Appearance was electronically filed and served on all counsel of record through the Court's CM/ECF system.

*/s/ Michelle Noorani*
Michelle Noorani (#26438)
