UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION,

        Plaintiffs,

vs.

ACTELION PHARMACEUTICALS LTD., *et al.*,

        Defendants.

Case No. 18-cv-3560-GLR

## AMENDED SCHEDULING ORDER

| Date Per 10/29/21 Scheduling Order | [Proposed] Modified Date | Event |
|---|---|---|
| December 17, 2021 | | Deadline for substantial completion of production of documents in response to Requests for Production. |
| May 9, 2022 (per the Court's 11/30/21 order) | | Parties to participate in settlement conference before Magistrate Judge. If the mediation is successful, the parties shall submit a notice of dismissal. If the mediation is not successful, the parties shall submit a joint status report within seven (7) days of the mediation again answering the seven points outlined in the Court's May 24, 2021 Order, and including a joint proposed scheduling order. |
| February 9, 2022 | March 9, 2022 | Deadline to serve interrogatories and supplemental requests for production of documents. |
| April 25, 2022 | July 25, 2022 | Deadline to complete fact discovery; status report due to Court. |
| May 23, 2022 | August 26, 2022 | Deadline for Plaintiffs to serve expert reports. |
| June 24, 2022 | November 9, 2022 | Deadline for Defendants to serve expert reports. |
| July 22, 2022 | January 30, 2023 | Deadline for Plaintiffs to serve rebuttal expert reports. |
| August 18, 2022 | February 28, 2023 | Deadline to complete expert discovery. |
| September 7, 2022 | March 6, 2023 | Deadline to serve requests for admission. |

| | | |
|---|---|---|
| September 15, 2022 | March 14, 2023 | Deadline to file motion for class certification and any *Daubert* motions related to class certification. |
| October 13, 2022 | April 25, 2023 | Deadline to file opposition to motion for class certification and opposition to any *Daubert* motions related to class certification. |
| November 10, 2022 | June 6, 2023 | Deadline to file replies to opposition to motion for class certification and reply in support of *Daubert* motions related to class certification. |
| TBD (at the Court's convenience) | TBD (at the Court's convenience) | Hearing on motion for class certification. |
| One week after issuance of order on class certification motion | One week after issuance of order on class certification motion | Parties meet for settlement conference or other ADR (Conference #2). |
| December 5, 2022 | June 30, 2023 | Deadline to file motions for summary judgment, and any *Daubert* motions not previously served. |
| January 17, 2023 | August 11, 2023 | Deadline to file oppositions to motion for summary judgment and oppositions to any *Daubert* motions. |
| February 14, 2023 | September 11, 2023 | Deadline to file replies in support of motions for summary judgment and in support of any *Daubert* motions. |
| TBD (at the Court's convenience) | TBD (at the Court's convenience) | Hearing on motion(s) for summary judgment and *Daubert* motions. |

**IT IS SO ORDERED.**

Dated: February 15, 2022

_____/s/_____
George L. Russell, III
United States District Judge