May 18, 2022

*Via ECF*

The Honorable George L. Russell, III
U.S. District Court for the District of Maryland
101 W. Lombard St.
Baltimore, Maryland 21201

     Re:    *Government Employees Health Association v. Actelion Pharmaceuticals Ltd., et al.*, 1:18-cv-3560-GLR

Dear Judge Russell:

On June 15, 2021, the parties submitted a letter stating that "the parties consent to transferring all discovery-related proceedings to a U.S. Magistrate Judge." (ECF No. 68 at 4.) We write on behalf of all parties to confirm their continued consent to referring all discovery-related proceedings to a U.S. Magistrate Judge and hereby request such a referral.

                              Respectfully submitted,

| */s/ Shari Ross Lahlou* | */s/ Sharon K. Robertson* |
|---|---|
| Shari Ross Lahlou (Bar No. 16570) | Sharon K. Robertson |
| 1900 K Street, NW | COHEN MILSTEIN SELLERS & TOLL |
| Washington, DC 20006 | 88 Pine Street, 14th Floor |
| Tel.: (202) 261-3300 | New York, NY 10005 |
| Fax: (202) 261-3333 | Telephone: (212) 838-7797 |
| shari.lahlou@dechert.com | Facsimile: (212) 838-7745 |
|  | srobertson@cohenmilstein.com |
|  |  |
| *Counsel for Defendants* | *Counsel for Plaintiff* |