UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all other similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ACTELION PHARMACEUTICALS LTD., *et al.*,<br><br>   Defendants. | Case No. 18-cv-3560-GLR |

**AMENDED SCHEDULING ORDER**

| Date Per 2/15/22 and 4/21/22 Scheduling Orders | [Proposed] Modified Date | Event |
|---|---|---|
| [None] | July 1, 2022 | Deadline to reach agreement as to outstanding ESI search term- and custodian-related issues, or determine that Court intervention is needed. |
| [None] | One week after the resolution of search term and custodian-related issues | Deadline to submit a proposed date for the substantial completion of document production. |
| July 25, 2022 | October 3, 2022 | Deadline to complete fact discovery; status report due to Court. |
| August 26, 2022 | November 4, 2022 | Deadline for Plaintiffs to serve expert reports. |
| October 21, 2022 | December 30, 2022 | Counsel to provide a status report to Magistrate Judge Sullivan as to whether a settlement conference should be scheduled and if so, the timing requested. |
| November 9, 2022 | January 19, 2023 | Deadline for Defendants to serve expert reports. |
| January 30, 2023 | April 10, 2023 | Deadline for Plaintiffs to serve rebuttal expert reports. |
| February 28, 2023 | May 9, 2023 | Deadline to complete expert discovery. |
| March 6, 2023 | May 15, 2023 | Deadline to serve requests for admission. |

| | | |
|---|---|---|
| March 14, 2023 | May 23, 2023 | Deadline to file motion for class certification and any *Daubert* motions related to class certification. |
| April 25, 2023 | July 5, 2023 | Deadline to file opposition to motion for class certification and opposition to any *Daubert* motions related to class certification. |
| June 6, 2023 | August 15, 2023 | Deadline to file replies to opposition to motion for class certification and reply in support of *Daubert* motions related to class certification. |
| TBD (at the Court's convenience) | TBD (at the Court's convenience) | Hearing on motion for class certification. |
| One week after issuance of order on class certification motion | One week after issuance of order on class certification motion | Parties meet for settlement conference or other ADR (Conference #2). |
| June 30, 2023 | September 8, 2023 | Deadline to file motions for summary judgment, and any *Daubert* motions not previously served. |
| August 11, 2023 | October 20, 2023 | Deadline to file oppositions to motion for summary judgment and oppositions to any *Daubert* motions. |
| September 11, 2023 | November 20, 2023 | Deadline to file replies in support of motions for summary judgment and in support of any *Daubert* motions. |
| TBD (at the Court's convenience) | TBD (at the Court's convenience) | Hearing on motion(s) for summary judgment and *Daubert* motions. |

**IT IS SO ORDERED.**

Dated: __June 27__, 2022

_____/s/_____
J. Mark Coulson
United States Magistrate Judge