UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all other similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>ACTELION PHARMACEUTICALS LTD., *et al.*,<br><br>     Defendants. | Case No. 18-cv-3560-GLR |

## JOINT STIPULATION PURSUANT TO AMENDED SCHEDULING ORDER

Pursuant to this Court's Amended Scheduling Order dated June 27, 2022 (ECF 155), Plaintiff Government Employees Health Association and Defendants Actelion Pharmaceuticals Ltd., Actelion Pharmaceuticals US, Inc., and Janssen Research & Development, LLC hereby submit the following:

     1. On June 27, 2022, the Court entered the operative Scheduling Order ("the Scheduling Order") in this case. (ECF 155.)

     2. Pursuant to the Scheduling Order, on July 1, 2022, the Parties "reach[ed] agreement as to outstanding ESI search term- and custodian-related issues."

     3. The Scheduling Order requires that, within "one week after the resolution of search term and custodian related issues," the Parties shall "submit a proposed date for the substantial completion of document production."

4. The Parties have agreed upon a substantial completion deadline of July 20, except for those documents being produced pursuant to the Court's June 10 Order, (ECF 152), for which the Parties have agreed to a substantial completion deadline of August 5.

5. Accordingly, the Parties respectfully request that the Court enter the attached Proposed Amended Scheduling Order.

Dated: July 8, 2022                                    Respectfully submitted,

| | |
|---|---|
| */s/ Sharon K. Robertson* | */s/ Shari Ross Lahlou* |
| Sharon K. Robertson | Shari Ross Lahlou (Bar. No. 16570) |
| Donna M. Evans | Amisha Patel (pro hac vice) |
| David O. Fisher | DECHERT LLP |
| Aaron J. Marks | 1900 K Street, NW |
| COHEN MILSTEIN SELLERS & TOLL | Washington, D.C. 20006-1110 |
| | shari.lahlou@dechert.com |
| 88 Pine Street, 14th Floor | amisha.patel@dechert.com |
| New York, NY 10005 | |
| Telephone: (212) 838-7797 | Julia Chapman (pro hac vice) |
| Facsimile: (212) 838-7745 | George Gordon (pro hac vice) |
| srobertson@cohenmilstein.com | DECHERT LLP |
| devans@cohenmilstein.com | Cira Centre |
| dfisher@cohenmilstein.com | 2929 Arch Street |
| amarks@cohenmilstein.com | Philadelphia, PA 19104 |
| | Phone: (215) 997-2060 |
| Joseph M. Sellers | Fax: (215) 997-2222 |
| COHEN MILSTEIN SELLERS & TOLL | julia.chapman@dechert.com |
| | george.gordon@dechert.com |
| 1100 New York Avenue NW | |
| Ste 500 East | Gregory T. Lawrence (Fed Bar No. 25670) |
| Washington, DC 20005 | Michelle Noorani (Fed Bar No. 26438) |
| Telephone: (202) 408-4600 | Christopher M. Finke (Fed. Bar No. 21788) |
| jsellers@cohenmilstein.com | Liam E. Rhodes (Fed. Bar No. 21787) |
| | LAWRENCE LAW, LLC |
| Thomas M. Sobol | The Warehouse at Camden Yards |
| Hannah Schwarzschild | 323 W. Camden Street, Suite 700 |
| Erin C. Burns | Baltimore, Maryland 21201 |
| Rachel A. Downey | Phone: (410)-837-6995 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | greg@lawrencelawllc.com |
| | michelle@lawrencelawllc.com |

55 Cambridge Parkway
Suite 301 Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
hannahs@hbsslaw.com
erinb@hbsslaw.com
racheld@hbsslaw.com

John D. Radice
A. Luke Smith
Natasha Fernández-Silber
RADICE LAW FIRM PC
475 Wall Street Princeton, NJ 08540
Telephone: (267) 570-3000
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
lsmith@radicelawfirm.com
nsilber@radicelawfirm.com

Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane Ste 1204
New York, NY 10038
646-873-7651
atamoshunas@tcllaw.com


*Counsel for Plaintiff*

christopher@lawrencelawllc.com
liam@lawrencelawllc.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access these filings, and notice of these filings will be sent to those parties by operation of the CM/ECF system.

Dated: July 8, 2022                                                          */s/ Aaron J. Marks*
                                                                                                  Aaron J. Marks