# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTELION PHARMACEUTICALS LTD., *et al.*,<br><br>Defendants. | Case No. 18-cv-3560-GLR |

## [PROPOSED] ORDER

Non-Party Mayor and City Council of Baltimore's Motion for Leave to File Materials Provisionally Under Seal is GRANTED. Pursuant to the Stipulated Protective Order in this case, (ECF No. 80), no later than 14 days from today, Non-Party Mayor and City Council of Baltimore shall file a publicly available version of the sealed documents via the Court's Electronic Case Filing system that redacts or seals only the Confidential Material.

SO ORDERED:

Dated: _____, 2022        _____