# EXHIBIT 7



## 2016 Express Scripts National Preferred Formulary

The following is a list of the most commonly prescribed drugs. It represents an abbreviated version of the drug list (formulary) that is at the core of your prescription-drug benefit plan. The list is not all-inclusive and does not guarantee coverage. In addition to using this list, you are encouraged to ask your doctor to prescribe generic drugs whenever appropriate.

**PLEASE NOTE:** Brand-name drugs may move to nonformulary status if a generic version becomes available during the year. Not all the drugs listed are covered by all prescription-drug benefit programs; check your benefit materials for the specific drugs covered and the copayments for your prescription-drug benefit program. For specific questions about your coverage, please call the phone number printed on your member ID card.

### A
ABSORICA
ACANYA
acetaminophen/codeine
ACTEMRA [INJ]
acyclovir
ADCIRCA
ADEMPAS
ADVAIR DISKUS
ADVAIR HFA
AKYNZEO
albuterol nebulization solution
alendronate sodium
allopurinol
ALPHAGAN P 0.1%
alprazolam
ALREX
amiodarone
AMITIZA
amitriptyline
amlodipine
amlodipine/benazepril
amlodipine/valsartan
amoxicillin
amoxicillin/potassium clavulanate
AMPYRA
ANALPRAM ADVANCED CREAM KIT
ANALPRAM HC 1% CREAM SINGLES, 2.5% LOTION
anastrozole
ANDROGEL
ANORO ELLIPTA
antipyrine/benzocaine
apri
APRISO
arbinoxa
ARCAPTA
aripiprazole
ASMANEX HFA
ASMANEX TWISTHALER
atenolol
atenolol/chlorthalidone
atorvastatin
ATRALIN
AUVI-Q [INJ]
AVONEX [INJ]
AXIRON
azathioprine
azelastine nasal spray
AZILECT
azithromycin
AZOR

### B
baclofen
benazepril
benazepril/hctz
BENICAR, BENICAR HCT
benzonatate
BEPREVE
BETHKIS
BEYAZ
bimatoprost
bisoprolol/hctz
BREO ELLIPTA
BRILINTA
BRISDELLE
budesonide nebulization suspension
bupropion
bupropion ext-release
buspirone
butalbital/acetaminophen/ caffeine
BUTRANS
BYDUREON [INJ]
BYETTA [INJ]
BYSTOLIC

### C
CANASA
CARAC
carbidopa/levodopa
carvedilol
cefdinir
cefuroxime
celecoxib
CENESTIN
cephalexin
CETROTIDE [INJ]
chlorhexidine gluconate
chlorthalidone
chorionic gonadotropin [INJ]
CIALIS
CIPRODEX
ciprofloxacin
citalopram
clarithromycin
clindamycin hcl
clindamycin phosphate
clindamycin phosphate/ benzoyl peroxide
clobetasol propionate
clomiphene citrate
clonazepam
clonidine
clopidogrel
clotrimazole/ betamethasone dipropionate
COLCRYS
COMBIGAN
COMBIPATCH
COMBIVENT RESPIMAT
COPAXONE 40 MG [INJ]
COREG CR
CORLANOR
COSENTYX [INJ]
CREON
CRESTOR
CRINONE
cyanocobalamin [INJ]
cyclobenzaprine

### D
DALIRESP
DAYTRANA
desloratadine
desonide
dexamethasone
dextroamphetamine/ amphetamine
dextroamphetamine/ amphetamine ext-release
diazepam
diclofenac sodium delayed-release
dicyclomine hcl
digoxin
diltiazem ext-release (24 hour)
diphenoxylate/atropine
divalproex delayed-release
divalproex ext-release
DIVIGEL
donepezil
doxazosin
doxepin
doxycycline hyclate
doxycycline monohydrate
DUAVEE
DULERA
duloxetine delayed-release
DYMISTA

### E
EFFIENT
ELIDEL
eliphos
ELIQUIS
enalapril
ENBREL [INJ]
ENJUVIA
enoxaparin [INJ]
EPIDUO
EPIPEN, EPIPEN JR [INJ]
ergocalciferol
erythromycin eye ointment
escitalopram
eszopiclone
esomeprazole magnesium delayed-release
ESTRACE VAGINAL CREAM
estradiol
estradiol patch
estradiol/norethindrone acetate
eszopiclone
etodolac
EUFLEXXA [INJ]
EXELON PATCHES
EXTAVIA [INJ]

### F
famotidine
FARXIGA
fenofibrate
fenofibrate micronized
fenofibric acid delayed-release
fentanyl patch
FETZIMA
FINACEA
finasteride
fluconazole
fluocinonide
fluoxetine
fluticasone nasal spray
FOCALIN XR 25 MG, 35 MG
folic acid
FORADIL
FORTEO [INJ]
FOSRENOL
FRAGMIN [INJ]
furosemide
FYCOMPA

### G
gabapentin
GELNIQUE
gemfibrozil
GENOTROPIN [INJ]
gianvi
gildess fe
GILENYA
glimepiride
glipizide
glipizide ext-release
GLUCAGEN [INJ]
GLUCAGON [INJ]
glyburide
glyburide/metformin
GLYXAMBI
GONAL-F [INJ]
GONAL-F RFF [INJ]
GRALISE
GRASTEK
guanfacine ext-release

### H
HUMALOG [INJ]
HUMATROPE [INJ]
HUMIRA [INJ]
HUMULIN [INJ]
hydralazine
hydrochlorothiazide
hydrocodone/ acetaminophen
hydrocodone/ chlorpheniramine polistirex
hydrocodone/homatropine
hydrocodone/ibuprofen
hydrocortisone topical
hydromorphone
hydroxychloroquine
hydroxyzine hcl
hydroxyzine pamoate
HYSINGLA ER

### I
ibandronate
ibuprofen
ILEVRO
INCRUSE ELLIPTA
indomethacin
INVOKAMET
INVOKANA
irbesartan
isosorbide mononitrate ext-release

### J
JANUMET, JANUMET XR
JANUVIA
JARDIANCE
JENTADUETO
junel fe

### K
ketoconazole topical

### L
labetalol hcl
lamotrigine
lansoprazole delayed-release
LANTUS [INJ]
latanoprost
LATUDA
LAZANDA
LETAIRIS
LEVEMIR [INJ]
levetiracetam
levocetirizine
levofloxacin
levothyroxine sodium
LIALDA
lidocaine patch
LINZESS
liothyronine
LIPOFEN
lisinopril
lisinopril/hctz
LO LOESTRIN FE
LO MINASTRIN FE
lorazepam
losartan
losartan/hctz
LOTEMAX
lovastatin
LUMIGAN
LYRICA

### M
MAKENA [INJ]
meclizine hcl
medroxyprogesterone acetate
meloxicam
metaxalone
metformin
metformin ext-release
methadone
methimazole
methocarbamol
methotrexate
methylphenidate
methylphenidate ext-release
methylprednisolone
metoclopramide hcl
metoprolol succinate ext-release
metoprolol tartrate
metronidazole
metronidazole topical
metronidazole vaginal gel
microgestin fe
MINASTRIN 24 FE
MINIVELLE
minocycline
mirtazapine
MIRVASO
modafinil
moderiba
mometasone
mononessa
MONOVISC [INJ]
montelukast
morphine sulfate ext-release
MOVANTIK
MOXEZA
multivitamins/fluoride
mupirocin
MUSE
MYRBETRIQ

### N
nabumetone
NAMENDA XR
NAMZARIC
naproxen, naproxen sodium
NASCOBAL
NASONEX
NATAZIA
neomycin/polymyxin/ hydrocortisone ear drops
NEVANAC
niacin ext-release
nifedipine ext-release
nitrofurantoin monohydrate/ macrocrystals
NORDITROPIN [INJ]
nortriptyline
NUCYNTA, NUCYNTA ER
NUEDEXTA
NUVARING
NUVIGIL
nystatin oral suspension
nystatin topical
nystatin/triamcinolone

### O
olanzapine
omeprazole delayed-release
ondansetron
ondansetron orally disintegrating tablets

(continued)

THIS DOCUMENT LIST IS EFFECTIVE JANUARY 1, 2016 THROUGH DECEMBER 31, 2016. THIS LIST IS SUBJECT TO CHANGE.
You can get more information and updates to this document at our website at Express-Scripts.com.

© 2016 Express Scripts
All Rights Reserved

#1702 NP-A
PRMT22157-16 (07/31/15)

ONETOUCH KITS/METERS;
 BASIC, ULTRA 2,
 ULTRAMINI,
 ULTRASMART, VERIO IQ,
 VERIO SYNC
ONETOUCH TEST STRIPS;
 FASTTAKE, ONETOUCH,
 SURESTEP, ULTRA,
 VERIO
ONEXTON
OPANA ER
OPSUMIT
ORACEA
ORENCIA [INJ]
ORTHOVISC [INJ]
OTEZLA
oxcarbazepine
OXTELLAR XR
oxybutynin
oxybutynin ext-release
oxycodone
oxycodone/acetaminophen
OXYCONTIN

## P

pantoprazole
 delayed-release
paroxetine
PATADAY
PATANOL
PAZEO
penicillin v potassium
PENTASA
PERFOROMIST
pioglitazone
PLEGRIDY [INJ]
polymyxin/trimethoprim
potassium chloride
 ext-release
POTIGA
PRADAXA
pramipexole
pravastatin
prednisolone acetate eye
 suspension
prednisolone sodium
 phosphate
prednisone
PREMARIN TABS
PREMARIN VAGINAL CREAM
PREMPHASE
PREMPRO
PREPOPIK
PRISTIQ
PROAIR HFA
PROAIR RESPICLICK
PROCRIT [INJ]
progesterone micronized
PROLENSA
promethazine
promethazine/
 dextromethorphan
propranolol
propranolol ext-release
PULMICORT FLEXHALER
PYLERA

## Q

QNASL
quetiapine
QUILLIVANT XR
quinapril
QVAR

## R

rabeprazole
 delayed-release
RAGWITEK
raloxifene
ramipril
RANEXA
ranitidine
RAPAFLO
RASUVO [INJ]
REBIF [INJ]
RECTIV
RELISTOR [INJ]
RELPAX
REMICADE
RENVELA
RESTASIS
RIOMET
risedronate
risperidone
rizatriptan
ropinirole

## S

SAFYRAL
SANCUSO
SANDOSTATIN LAR
 DEPOT [INJ]
SAVELLA
SEREVENT DISKUS
SEROQUEL XR
sertraline
SIMPONI 100 MG [INJ] (for
 ulcerative colitis only)
simvastatin
SOLODYN 55 MG, 65 MG,
 80 MG, 105 MG, 115 MG
SOMATULINE DEPOT [INJ]
SOVALDI (excluded for
 Genotype 1 only)
SPIRIVA HANDIHALER
SPIRIVA RESPIMAT
spironolactone
sprintec
SPRYCEL
STELARA [INJ]
STRATTERA
SUBOXONE SL FILM
sulfamethoxazole/
 trimethoprim
sumatriptan
SUMAVEL DOSEPRO [INJ]
SUPREP
SYMBICORT
SYMLINPEN [INJ]

## T

TACLONEX SUSPENSION
TAMIFLU
tamoxifen
tamsulosin ext-release
TAZORAC
TECFIDERA
TEKAMLO
TEKTURNA, TEKTURNA HCT
telmisartan
telmisartan/hctz
temazepam
terazosin
terconazole
testosterone
 cypionate [INJ]
timolol maleate
 eye solution
tizanidine
TOBI PODHALER
TOBRADEX OINTMENT
TOBRADEX ST
tobramycin eye solution
tobramycin/
 dexamethasone susp
tolterodine ext-release
topiramate
TOUJEO SOLOSTAR [INJ]
TOVIAZ
TRACLEER
TRADJENTA
tramadol
tramadol/acetaminophen
TRAVATAN Z
TRELSTAR [INJ]
triamcinolone acetonide
 topical
triamterene/hctz
TRIBENZOR
trinessa
tri-previfem
tri-sprintec
TRULICITY [INJ]
TUDORZA

## U

UCERIS TABLETS
ULORIC

## V

VAGIFEM
valacyclovir
valsartan
valsartan/hctz
VASCEPA
venlafaxine
venlafaxine ext-release
VENTOLIN HFA
verapamil ext-release
veripred
VESICARE
VIAGRA
VIEKIRA PAK
VIGAMOX
VIIBRYD
VIMPAT
VIOKACE
VOLTAREN GEL
VYTORIN
VYVANSE

## W

warfarin
WELCHOL

## X

XARELTO
XIFAXAN
XIGDUO XR

## Z

ZENPEP (EXCEPT 5,000 U)
ZETIA
ZIANA
zolpidem
zolpidem ext-release
ZOMIG NASAL
ZONTIVITY
ZORVOLEX
ZUBSOLV
ZYLET
ZYTIGA

## Excluded Medications With Covered Preferred Alternatives

The following is a list of excluded brand-name medications with covered preferred alternatives that are on the formulary. Column 1 lists excluded medications. Column 2 lists covered preferred alternatives that can be prescribed.

| Excluded Medications | Covered Preferred Alternative(s) |
|---|---|
| ABSTRAL | fentanyl citrate lozenges, LAZANDA |
| ACCU-CHEK METERS/STRIPS | ONETOUCH METERS/STRIPS |
| ACUVAIL | bromfenac, diclofenac, ketorolac, ILEVRO, NEVANAC, PROLENSA |
| ADVOCATE TEST STRIPS | ONETOUCH METERS/STRIPS |
| ALVESCO | ASMANEX HFA/TWISTHALER, PULMICORT FLEXHALER, QVAR |
| APIDRA | HUMALOG |
| ARANESP | PROCRIT |
| ARNUITY ELLIPTA | ASMANEX HFA/TWISTHALER, PULMICORT FLEXHALER, QVAR |
| ASACOL HD | balsalazide disodium, APRISO, LIALDA, PENTASA |
| BECONASE AQ | flunisolide, fluticasone, triamcinolone acetonide, NASONEX, QNASL |
| BENZACLIN GEL PUMP | clindamycin phosphate/benzoyl peroxide, ACANYA, ONEXTON, ZIANA |
| BRAVELLE | GONAL-F, GONAL-F RFF |
| BREEZE, CONTOUR METERS/STRIPS | ONETOUCH METERS/STRIPS |
| CETRAXAL | ciprofloxacin ear solution, CIPRODEX |
| CIMZIA | ENBREL, HUMIRA, STELARA |
| DELZICOL | balsalazide disodium, APRISO, LIALDA, PENTASA |
| DIPENTUM | balsalazide disodium, APRISO, LIALDA, PENTASA |
| DOXYCYCLINE 40 MG CAPSULE | ORACEA |
| DUEXIS | ibuprofen + famotidine |
| EDARBI/EDARBYCLOR | candesartan/hctz, irbesartan/hctz, losartan/hctz, telmisartan/hctz, valsartan/hctz, BENICAR/HCT |
| EMBRACE, VICTORY METERS/STRIPS | ONETOUCH METERS/STRIPS |
| ENDOMETRIN | CRINONE 8% GEL |
| EPOGEN | PROCRIT |
| ESTROGEL | DIVIGEL |
| FENTORA | fentanyl citrate lozenges, LAZANDA |
| FLUOROURACIL 0.5% CREAM | imiquimod 5% cream, CARAC |
| FLOVENT DISKUS/HFA | ASMANEX HFA/TWISTHALER, PULMICORT FLEXHALER, QVAR |
| FOLLISTIM AQ | GONAL-F, GONAL-F RFF |
| FORTESTA | ANDROGEL, AXIRON |
| FREESTYLE, PRECISION METERS/STRIPS | ONETOUCH METERS/STRIPS |
| FROVA | rizatriptan, sumatriptan, zolmitriptan, RELPAX |
| GANIRELIX ACETATE | CETROTIDE |
| GEL-ONE | EUFLEXXA, MONOVISC, ORTHOVISC |
| HARVONI | VIEKIRA PAK |
| HYALGAN | EUFLEXXA, MONOVISC, ORTHOVISC |
| ISTALOL | betaxolol, levobunolol, timolol, ALPHAGAN P 0.1%, COMBIGAN |
| KAZANO | JANUMET, JANUMET XR, JENTADUETO |
| KOMBIGLYZE XR | JANUMET, JANUMET XR, JENTADUETO |
| LEVITRA | CIALIS, VIAGRA |
| MIRCERA | PROCRIT |
| NATESTO | ANDROGEL, AXIRON |
| NESINA | JANUVIA, TRADJENTA |
| NOVOLIN | HUMULIN |
| NOVOLOG | HUMALOG |
| NUTROPIN AQ | GENOTROPIN, HUMATROPE, NORDITROPIN |
| OLYSIO | VIEKIRA PAK |
| OMNARIS | flunisolide, fluticasone, triamcinolone acetonide, NASONEX, QNASL |
| OMNITROPE | GENOTROPIN, HUMATROPE, NORDITROPIN |
| ONGLYZA | JANUVIA, TRADJENTA |
| PANCREAZE | pancrelipase delayed-release, CREON, ZENPEP |
| PERTZYE | pancrelipase delayed-release, CREON, ZENPEP |
| PROVENTIL HFA | PROAIR HFA, PROAIR RESPICLICK, VENTOLIN HFA |
| QSYMIA | phentermine |
| ribapak | moderiba, ribavirin capsules, ribavirin tablets |
| RIBATAB | moderiba, ribavirin capsules, ribavirin tablets |
| SAIZEN | GENOTROPIN, HUMATROPE, NORDITROPIN |
| SIMPONI 50 MG | ENBREL, HUMIRA, STELARA |
| SOVALDI (EXCLUDED FOR GENOTYPE 1) | VIEKIRA PAK |
| STAXYN | CIALIS, VIAGRA |
| STENDRA | CIALIS, VIAGRA |
| SUBSYS | fentanyl citrate lozenges, LAZANDA |
| SUPARTZ | EUFLEXXA, MONOVISC, ORTHOVISC |
| SYNVISC/ONE | EUFLEXXA, MONOVISC, ORTHOVISC |
| TANZEUM | BYDUREON, BYETTA, TRULICITY |
| TESTIM | ANDROGEL, AXIRON |
| TESTOSTERONE GEL | ANDROGEL, AXIRON |
| TEVETEN HCT | candesartan/hctz, irbesartan/hctz, losartan/hctz, telmisartan/hctz, valsartan/hctz, BENICAR/HCT |
| TRUETEST, TRUETRACK METERS/STRIPS | ONETOUCH METERS/STRIPS |
| ULTRESA | pancrelipase delayed-release, CREON, ZENPEP |
| UNISTRIP TEST STRIPS | ONETOUCH METERS/STRIPS |
| VELTIN | clindamycin phosphate + tretinoin, ACANYA, ONEXTON, ZIANA |
| VERAMYST | flunisolide, fluticasone, triamcinolone acetonide, NASONEX, QNASL |
| VICTOZA | BYDUREON, BYETTA, TRULICITY |
| VIMOVO | omeprazole delayed-release + naproxen sodium |
| VOGELXO | ANDROGEL, AXIRON |
| XELJANZ | ENBREL, HUMIRA |
| XOPENEX HFA | PROAIR HFA, PROAIR RESPICLICK, VENTOLIN HFA |
| ZETONNA | flunisolide, fluticasone, triamcinolone acetonide, NASONEX, QNASL |
| ZIOPTAN | latanoprost, travoprost, LUMIGAN, TRAVATAN Z |
| ZOMACTON | GENOTROPIN, HUMATROPE, NORDITROPIN |

**KEY**
[INJ] - Injectable Drug
**For the member:** Generic medications contain the same active ingredients as their corresponding brand-name medications, although they may look different in color or shape. They have been FDA-approved under strict standards.
**For the physician:** Please prescribe preferred products and allow generic substitutions when medically appropriate.
Brand-name drugs are listed in CAPITAL letters.
Generic drugs are listed in lower case letters.

**THIS DOCUMENT LIST IS EFFECTIVE JANUARY 1, 2016 THROUGH DECEMBER 31, 2016. THIS LIST IS SUBJECT TO CHANGE.**
You can get more information and updates to this document at our website at Express-Scripts.com.

© 2016 Express Scripts
All Rights Reserved

#1702 NP-A
PRMT22157-16 (07/31/15)