November 17, 2022

The Honorable J. Mark Coulson
United States Magistrate Judge
101 West Lombard Street
Chambers 8D
Baltimore, MD 21201

    Re: *Gov't Employees Health Ass'n v. Actelion Pharms. Ltd. et al.*, No. 18-cv-3560-GLR

Dear Magistrate Judge Coulson:

    We submit this joint letter on behalf of the parties to the above-captioned case. As set forth in Plaintiff's November 3, 2022 Status Report (Dkt. No. 189 at 2), Plaintiff intends to move for spoliation-related sanctions in connection with certain of Defendants' actions during the pendency of this case. Defendants intend to oppose the motion and relief sought. The parties have agreed upon a schedule for briefing to be submitted to Your Honor, which we respectfully request that the Court "So Order."

| | |
|---|---|
| Motion: | November 21, 2022 |
| Opposition: | December 15, 2022 |
| Reply: | December 29, 2022 |

Defendants reserve the right to seek leave to file a timely sur-reply. Plaintiff reserves the right to oppose such an application.

    We appreciate the Court's continued attention to this matter.

    Sincerely,

*/s/ Sharon K. Robertson*                                       */s/ George G. Gordon*
Sharon K. Robertson                                              George G. Gordon

Co-Lead Counsel for Plaintiff                     Counsel for Defendants
and the Proposed Class

Date:

                                                                                      _____
                                                                                  UNITED STATES MAGISTRATE JUDGE