UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTELION PHARMACEUTICALS LTD., *et al.*,<br><br>Defendants. | Case No. 18-cv-3560-GLR |

**MOTION FOR LEAVE TO FILE MATERIALS PROVISIONALLY UNDER SEAL PURSUANT TO LOCAL RULES 104.13 AND 105.11 AND THE STIPULATED PROTECTIVE ORDER**

Plaintiff Government Employees Health Association ("GEHA") respectfully moves for leave to file its Motion for Spoliation-Related Sanctions and attachments provisionally under seal. Pursuant to Section 2.D.ii of the Court-ordered Stipulated Protective Order (Dkt. No. 80), "[d]ocuments containing or describing Confidential Material may be provisionally filed under seal, with redacted versions filed publicly within 14 days thereafter." The Motion and attachments include information which Defendants have designated as Confidential Material pursuant to the Stipulated Protective Order. The Stipulated Protective Order further provides that the party seeking to file documents under seal must simultaneously submit a proposed "order pursuant to Local Rule 105.11 of this Court." Accordingly, Plaintiff GEHA respectfully requests that the Court enter the attached proposed Order granting leave to file the Motion and attachments under seal on a provisional basis and to thereafter file public versions that redact or seal only the Confidential Materials.

Dated: November 21, 2022 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Sharon K. Robertson*
　　　　　　　　　　　　　　　　　　　　　　Sharon K. Robertson
　　　　　　　　　　　　　　　　　　　　　　Donna M. Evans
　　　　　　　　　　　　　　　　　　　　　　David O. Fisher
　　　　　　　　　　　　　　　　　　　　　　Aaron J. Marks
　　　　　　　　　　　　　　　　　　　　　　COHEN MILSTEIN SELLERS & TOLL
　　　　　　　　　　　　　　　　　　　　　　88 Pine Street, 14th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 838-7797
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 838-7745
　　　　　　　　　　　　　　　　　　　　　　srobertson@cohenmilstein.com
　　　　　　　　　　　　　　　　　　　　　　devans@cohenmilstein.com
　　　　　　　　　　　　　　　　　　　　　　dfisher@cohenmilstein.com
　　　　　　　　　　　　　　　　　　　　　　amarks@cohenmilstein.com

　　　　　　　　　　　　　　　　　　　　　　Joseph M. Sellers
　　　　　　　　　　　　　　　　　　　　　　COHEN MILSTEIN SELLERS & TOLL
　　　　　　　　　　　　　　　　　　　　　　1100 New York Avenue NW
　　　　　　　　　　　　　　　　　　　　　　Ste 500 East
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 408-4600
　　　　　　　　　　　　　　　　　　　　　　jsellers@cohenmilstein.com

　　　　　　　　　　　　　　　　　　　　　　Thomas M. Sobol
　　　　　　　　　　　　　　　　　　　　　　Hannah Schwarzschild
　　　　　　　　　　　　　　　　　　　　　　Erin C. Burns
　　　　　　　　　　　　　　　　　　　　　　Rachel A. Downey
　　　　　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　　　　　　　1 Faneuil Hall Sq.
　　　　　　　　　　　　　　　　　　　　　　5th Floor
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　Telephone: (617) 482-3700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (617) 482-3003
　　　　　　　　　　　　　　　　　　　　　　tom@hbsslaw.com
　　　　　　　　　　　　　　　　　　　　　　hannahs@hbsslaw.com
　　　　　　　　　　　　　　　　　　　　　　erinb@hbsslaw.com
　　　　　　　　　　　　　　　　　　　　　　racheld@hbsslaw.com

　　　　　　　　　　　　　　　　　　　　　　John D. Radice
　　　　　　　　　　　　　　　　　　　　　　A. Luke Smith
　　　　　　　　　　　　　　　　　　　　　　Natasha Fernández-Silber
　　　　　　　　　　　　　　　　　　　　　　Rishi Raithatha
　　　　　　　　　　　　　　　　　　　　　　RADICE LAW FIRM PC
　　　　　　　　　　　　　　　　　　　　　　475 Wall Street Princeton, NJ 08540

Telephone: (267) 570-3000
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
lsmith@radicelawfirm.com
nsilber@radicelawfirm.com
rraithatha@radicelawfirm.com

Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
123 William Street
Suite 1900A
New York, NY 10038
646-873-7651
atamoshunas@tcllaw.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Sharon K. Robertson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access the foregoing, and notice will be sent to those parties by operation of the CM/ECF system. The materials being filed provisionally under seal on the Court's ECF system will be served on all parties via e-mail.

Dated: November 21, 2022                             */s/ Sharon K. Robertson*
                                                     Sharon K. Robertson