UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTELION PHARMACEUTICALS LTD., *et al.*,<br><br>Defendants. | Case No. 18-cv-3560-GLR |

## [PROPOSED] ORDER

Plaintiff's Motion for Leave to File Materials Provisionally Under Seal is **GRANTED**. Pursuant to the Stipulated Protective Order in this case, (Dkt. No. 80), no later than 14 days from today, Plaintiff shall file a publicly available version of the sealed documents via the Court's Electronic Case Filing system that redacts or seals only the Confidential Material.

SO ORDERED:

Dated: _____, 2022     _____