# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

|  |  |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all other similarly situated, | |
| Plaintiff, | Case No. 18-cv-3560-GLR |
| v. | |
| ACTELION PHARMACEUTICALS LTD., *et al.*, | |
| Defendants. | |

## JOINT STIPULATION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16(b)(4) and 29(b) and this Court's Amended Scheduling Order dated October 4, 2022 (Dkt. No. 167) Plaintiff Government Employees Health Association ("Plaintiff") and Defendants Actelion Pharmaceuticals Ltd., Actelion Pharmaceuticals US, Inc., and Janssen Research & Development, LLC ("Defendants") hereby jointly submit the following:

1.     On October 4, 2022, the Court entered the operative Scheduling Order.  (Dkt. No. 167.)

2.     Pursuant to the operative Scheduling Order, depositions were to be completed by November 3, 2022 and Plaintiff's opening expert reports are due December 5, 2022.  As reported in the parties' November 3 status reports, (Dkt. Nos. 188-89), the parties have completed 14 party and non-party depositions.  The Court also approved the deposition of non-party Hikma Labs to proceed on November 17.  (*See id.*)

3.      In 2021, pursuant to Fed. R. Civ. P. 45, Plaintiff served a deposition subpoena on non-party Zydus Pharmaceuticals USA ("Zydus").  As further reported in Plaintiff's November 3 status report (Dkt. No. 189), prior to the close of fact discovery, Zydus agreed to make a witness available for deposition.  However, due to Zydus's scheduling constraints, including religious holidays, Zydus was unable to make a witness available until December 15, 2022.

4.      The parties agree to the deposition of Zydus proceeding on December 15, 2022. Defendants reserve the right, however, to raise any disputes regarding the parameters of that deposition with the Court.  The Parties further agree that the operative scheduling order should be extended by approximately three weeks, so that the Zydus deposition can be completed before the deadline for Plaintiff to serve expert reports.

5.      Accordingly, the parties have stipulated to the attached [Proposed] Amended Scheduling Order, which extends the operative schedule by approximately three weeks.  The parties respectfully request that the Court enter the attached [Proposed] Amended Scheduling Order.

Dated: November 22, 2022                              Respectfully submitted,


*/s/ George Gordon*                                   */s/ Sharon K. Robertson*
Julia Chapman                                         Sharon K. Robertson
George Gordon                                         Donna M. Evans
Amisha Patel                                          David Fisher
DECHERT LLP                                           Aaron J. Marks
Cira Centre                                           COHEN MILSTEIN SELLERS & TOLL PLLC
2929 Arch Street                                      88 Pine Street, 14th Floor
Philadelphia, PA 19104                                New York, NY 10005
Phone: (215) 997-2060                                 Telephone: (212) 838-7797
Fax: (215) 997-2222                                   Facsimile: (212) 838-7745
julia.chapman@dechert.com                             srobertson@cohenmilstein.com
george.gordon@dechert.com                             devans@cohenmilstein.com
amisha.patel@dechert.com                              dfisher@cohenmilstein.com

amarks@cohenmilstein.com

Gregory T. Lawrence (Fed Bar No. 25670)
Michelle Noorani (Fed Bar No. 26438)
Christopher M. Finke (Fed. Bar No. 21788)
Liam E. Rhodes (Fed. Bar No. 21787)
LAWRENCE LAW, LLC
The Warehouse at Camden Yards
323 W. Camden Street, Suite 700
Baltimore, Maryland 21201
Phone: (410)-837-6995
greg@lawrencelawllc.com
michelle@lawrencelawllc.com
christopher@lawrencelawllc.com
liam@lawrencelawllc.com

*Counsel for Defendants*

Joseph M. Sellers (Fed. Bar No. 06284)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com

Thomas M. Sobol
Kristen A. Johnson
Hannah Schwarzschild
Gregory T. Arnold
Erin C. Burns
Rachel Downey
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
hannahs@hbsslaw.com
grega@hbsslaw.com
erinb@hbsslaw.com
racheld@hbsslaw.com

John D. Radice
A. Luke Smith
Natasha Fernández-Silber
Rishi Raithatha
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Telephone: (919) 749-3980
jradice@radicelawfirm.com
lsmith@radicelawfirm.com
nsilber@radicelawfirm.com
rraithatha@radicelawfirm.com

Archana Tamoshunas
Taus, Cebulash & Landau, LLP
123 William Street, Ste. 1900A
New York, NY 10038

3

*Counsel for Plaintiff and the proposed
End-Payor Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

GOVERNMENT EMPLOYEES HEALTH
ASSOCIATION, on behalf of itself and all
other similarly situated,

      Plaintiff,

v.

ACTELION PHARMACEUTICALS LTD.,
*et al.*,

      Defendants.

Case No. 18-cv-3560-GLR

**[PROPOSED] AMENDED SCHEDULING ORDER**

| Current Date (per Oct. 4, 2022 Order) | [Proposed] Modified Date | Event |
|---|---|---|
| [None] | December 15, 2022 | Deposition of Zydus Pharmaceuticals (USA) Inc. |
| December 5, 2022 | December 22, 2022 | Deadline for Plaintiff to serve expert reports. |
| December 30, 2022 | January 16, 2023 | Counsel to provide a status report to Magistrate Judge Sullivan as to whether a settlement conference should be scheduled and if so, the timing requested. |
| February 28, 2023 | March 17, 2023 | Deadline for Defendants to serve expert reports. |
| May 18, 2023 | June 5, 2023 | Deadline for Plaintiff to serve rebuttal expert reports. |
| June 19, 2023 | July 13, 2023 | Deadline to complete expert discovery. |
| June 23, 2023 | July 17, 2023 | Deadline to serve requests for admission. |
| June 30, 2023 | July 24, 2023 | Deadline to file motion for class certification and any *Daubert* motions related to class certification. |

| August 15, 2023 | September 8, 2023 | Deadline to file opposition to motion for class certification and opposition to any *Daubert* motions related to class certification. |
| September 26, 2023 | October 20, 2023 | Deadline to file replies to motion for class certification and reply in support of *Daubert* motions related to class certification. |
| TBD (at the Court's convenience) | TBD (at the Court's convenience) | Hearing on motion for class certification. |
| One week after issuance of order on class certification motion | One week after issuance of order on class certification motion | Parties meet for settlement conference or other ADR (Conference #2). |
| October 17, 2023 | November 10, 2023 | Deadline to file motion(s) for summary judgment and any *Daubert* motion(s) not previously served. |
| November 28, 2023 | December 22, 2023 | Deadline to file oppositions to motion(s) for summary judgment and in support of any *Daubert* motion(s). |
| December 28, 2023 | January 23, 2024 | Deadline to file replies in support of motion(s) for summary judgment and in support of any *Daubert* motion(s). |
| TBD (at the Court's convenience) | TBD (at the Court's convenience) | Hearing on motion(s) for summary judgment and *Daubert* motions. |

**IT IS SO ORDERED.**

Dated: _____, 2022

**APPROVED**

_____
George L. Russell, III
United States District Judge

_____
/s/
J. Mark Coulson
United States Magistrate Judge
Date: November 22, 2022