# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GOVERNMENT EMPLOYEES HEALTH ASSOCIATION,** on behalf of itself and all others similarly situated, | * | |
| | * | |
| | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Case No: 1:18-cv-03560-GLR |
| **ACTELION PHARMACEUTICALS LTD.,** et al., | | |
| | * | |
| *Defendants.* | | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## MEMORANDUM OPINION AND ORDER

Defendants' Motion for Leave to File Sur-Reply (ECF No. 206) is DENIED.  In reviewing Plaintiff's original reply (ECF No. 203), the Court concludes that it does not raise new arguments that would, in turn, support allowing Defendants a sur-reply so as to rebut such arguments.  Furthermore, in its own review of the proposed sur-reply as it evaluated Defendants' request, the Court did not uncover any information or arguments that it had not already considered as it prepares for the motions hearing scheduled for January 17, 2023.  That said, Defendants are not precluded from incorporating the matters raised in their proposed sur-reply into any arguments they wish to present at that motions hearing.


Date: January 13, 2022

                        /s/
J. Mark Coulson
United States Magistrate Judge