February 12, 2024

**Via ECF**
The Honorable Timothy J. Sullivan
United States District Court
District of Maryland
6500 Cherrywood Lane
Suite 335A
Greenbelt, MD 20770

Re: *Gov't Employees Health Ass'n v. Actelion Pharms. Ltd. et al.*, 18-cv-3560-GLR

Dear Magistrate Judge Sullivan:

We write on behalf of all parties to the above-captioned litigation, pursuant to the Court's November 9, 2023 Order that the parties "provide a joint status report to Magistrate Judge Sullivan regarding scheduling a settlement conference." (ECF No. 258.)

Plaintiff's Position. Plaintiff's position with respect to a settlement conference has not changed since the parties' last submission to Your Honor in January 2023. (ECF No. 212.) Plaintiff remains amenable to proceeding with a settlement conference at this time. To avoid conflicting with ongoing summary judgment and *Daubert* briefing, which will conclude on April 24, 2024, Plaintiff proposes scheduling the settlement conference to be held in May 2024. In response to Defendants' position below, Plaintiff believes the upcoming briefing will validate its position regarding the strength of its claims and that Plaintiff will prevail at trial.

Defendants' Position. Although Defendants do not believe that Plaintiff's claims merit a trial based on the undisputed record, they do not object to the scheduling of a settlement conference at this time. Defendants' position regarding a settlement conference should in no way be read as lack of confidence in their motion for summary judgment or the outcome of a trial, should there be one.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Sharon K. Robertson* | */s/ George Gordon* |
| Sharon K. Robertson | George G. Gordon |
| | |
| *Co-Lead Counsel for Plaintiff and the Proposed Class* | *Counsel for Defendants* |

CC: Counsel of Record