# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____

**Plaintiff,**                          *

                                        *

**v.**                                  *           **Case No.** _____

                                        *

_____

**Defendant.**                          *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Enter my appearance as counsel in this case for the _____

      I certify that I am admitted to practice in this Court.

_____                 *Adam Farra*_____
Date                                    Signature

                                        _____
                                        Printed name and bar number

                                        _____
                                        Address

                                        _____
                                        Email address

                                        _____
                                        Telephone number

                                        _____
                                        Fax number