UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all other similarly situated,<br><br>                     Plaintiff,<br><br>v.<br><br>ACTELION PHARMACEUTICALS LTD., *et al.*,<br><br>                     Defendants. | Civil Case No.: 18-cv-3560-GLR |

**PLAINTIFF GOVERNMENT EMPLOYEES HEALTH ASSOCIATION'S
SUPPLEMENTAL CERTIFICATE OF SERVICE OF
<u>MOTION TO DENY UNSUPPORTED OPT-OUT REQUEST</u>**

      Plaintiff Government Employees Health Association ("GEHA") respectfully submits this Supplemental Certificate of Service regarding its Motion to Deny Unsupported Opt-out Request, which was filed earlier today at ECF No. 371. In addition to causing a copy of that filing to be served on counsel of record via this Court's e-filing system, the undersigned caused a copy of the filing to be served today via e-mail on the individual who submitted the unsupported opt-out request that is the subject of the motion.

Dated: May 13, 2025

                                                                     Respectfully submitted,

                                                                     */s/ Sharon K. Robertson*
                                                                     Sharon K. Robertson
                                                                     Donna M. Evans
                                                                     Aaron J. Marks
                                                                     C<small>OHEN</small> M<small>ILSTEIN</small> S<small>ELLERS</small> & T<small>OLL</small>
                                                                       88 Pine Street, 14th Floor
                                                                      New York, NY 10005
                                                                      Telephone: (212) 838-7797

Facsimile: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com
amarks@cohenmilstein.com

Joseph M. Sellers
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Ste 500 East
Washington, DC 20005
Telephone: (202) 408-4600
jsellers@cohenmilstein.com

Thomas M. Sobol
Hannah Schwarzschild
Erin C. Burns
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
hannahs@hbsslaw.com
erinb@hbsslaw.com

John D. Radice
A. Luke Smith
RADICE LAW FIRM PC
475 Wall Street Princeton, NJ 08540
Telephone: (267) 570-3000
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
lsmith@radicelawfirm.com

Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
123 William Street
Suite 1900A
New York, NY 10038
646-873-7651
atamoshunas@tcllaw.com

*Counsel for Plaintiff and the Proposed Class*

**Certificate of Service**

I hereby certify that, on May 13, 2025, I caused a copy of the foregoing Supplemental Certificate of Service to be served upon all counsel of record through the Court's electronic filing system and upon the individual who submitted the opt-out request that is the subject of GEHA's motion, filed at ECF No. 371, via e-mail.

Date: May 13, 2025                                          /s/ *Sharon K. Robertson*
                                                            Sharon K. Robertson