UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all others similarly situated, | * | |
| | * | |
| *Plaintiff*, | * | |
| v. | * | Case No.18-cv-3560-GLR |
| ACTELION PHARMACEUTICALS LTD., *et al.*, | * | |
| | * | |
| *Defendants*. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

E. David Hoskins respectfully moves, under Rule 101 of the Local Rules of the United States District Court for the District of Maryland, for leave to withdraw as counsel for Plaintiff, Government Employees Health Association (hereafter "GEHA") in the above-captioned matter, because he is preparing to retire from the practice of law.

No substitution of counsel is necessary because the attorneys appointed class counsel in this case — Sharon K. Robertson of Cohen Milstein Sellers & Toll PLLC and Thomas M. Sobol of Hagens Berman Sobol Shapiro LLP — will continue to serve as counsel for GEHA and the class.

Joseph M. Sellers (D. Md. Bar No. 06284) also represents GEHA and is a member in good standing of the bar of this Court.

1

The requested withdrawal will not result in any delays or affect any deadlines in this matter.

Dated: August 4, 2025     Respectfully Submitted,

>*/s/ E. David Hoskins*
>E. David Hoskins, Esq., No. 06705
>**THE LAW OFFICES OF E. DAVID HOSKINS, LLC**
>16 East Lombard Street, Suite 400
>Baltimore, Maryland 21202
>(410) 662-6500 (Tel.)
>davidhoskins@hoskinslaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 4, 2025, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's CM/ECF system. Notice of this filing will be sent to all registered attorneys of record by operation of the ECF system.

>*/s/ E. David Hoskins*
>E. David Hoskins, Esq., No. 06705