IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GOVERNMENT EMPLOYEES HEALTH
ASSOCIATION, on behalf of itself and all others
similarly situated,                                    *

    **Plaintiff,**

                                        *

    **v.**                                           Case No. __18-cv-3560-GLR__

ACTELION PHARMACEUTICALS LTD.,
ACTELION PHARMACEUTICALS US, INC.,         *
JANSSEN RESEARCH & DEVELOPMENT, LLC,

    **Defendant.**                       *

## MOTION FOR ADMISSION PRO HAC VICE

I, __Shari Ross Lahlou__, am a member in good standing of the bar of this Court. I am moving the admission of __Michael F. Buchanan__ to appear pro hac vice in this case as counsel for __Actelion Pharmaceuticals Ltd., Actelion Pharmaceuticals US, Inc., Janssen Research & Development, LLC__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York – 6/14/93 | Southern District of New York – 1/24/95 |
| New Jersey – 8/31/95 | Second Circuit Court of Appeals – 1/29/15 |
| | U.S. Supreme Court – 1/7/13 |
| | Fourth Circuit Court of Appeals – 1/28/25 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court __zero__ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ *Shari Ross Lahlou* | /s/ *Michael F. Buchanan* <br> (signed by Shari Ross Lahlou with permission of Michael F. Buchanan) |
| Signature | Signature |
| Shari Ross Lahlou (Bar No. 16570) | Michael F. Buchanan |
| Printed name and bar number | Printed name |
| Dechert LLP | Patterson Belknap Webb & Tyler LLP |
| Office name | Office name |
| 1900 K Street, NW <br> Washington, DC 20006 | 1133 Avenue of the Americas <br> New York, New York 10036 |
| Address | Address |
| (202) 261-3300 | 212-336-2350 |
| Telephone number | Telephone number |
| (202) 261-3333 | 212-336-2222 |
| Fax Number | Fax Number |
| shari.lahlou@dechert.com | mfbuchanan@pbwt.com |
| Email Address | Email Address |