Dear Chief Judge Russell:

We write on behalf of Plaintiff Government Employees Health Association and the certified class, and Defendants Actelion Pharmaceuticals Ltd., Actelion Pharmaceuticals US, Inc., and Janssen Research & Development, LLC to jointly request that the Court enter the attached order.

We can make ourselves available at the Court's convenience to answer any questions or address any concerns. We appreciate the Court's time and attention to this matter.

Dated: January 19, 2026

Respectfully submitted,

*/s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr.
Michael F. Buchanan
Alejandro H. Cruz
Margaret M. O'Neil
Alex Mahler-Haug
Ari Bental
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
mfbuchanan@pbwt.com
acruz@pbwt.com
moneil@pbwt.com
amahlerhaug@pbwt.com
abental@pbwt.com

*Counsel for Defendants Actelion Pharmaceuticals Ltd., Actelion Pharmaceuticals US, Inc., and Janssen Research & Development, LLC*

*/s/ Shari Ross Lahlou*
Shari Ross Lahlou
**DECHERT LLP**
1900 K St. NW
Washington, DC 20006
Tel:  (202) 261-3300
Fax:  (202) 261-3333

*/s/ Sharon K. Robertson*
Sharon K. Robertson
Donna M. Evans
Aaron J. Marks
**COHEN MILSTEIN SELLERS & TOLL**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com
amarks@cohenmilstein.com

Joseph M. Sellers
**COHEN MILSTEIN SELLERS & TOLL**
1100 New York Avenue NW
Ste 500 East
Washington, DC 20005
Telephone: (202) 408-4600
jsellers@cohenmilstein.com

Thomas M. Sobol
Hannah Schwarzschild
Erin C. Burns
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

shari.lahlou@dechert.com

*Counsel for Defendants Actelion Pharmaceuticals Ltd., Actelion Pharmaceuticals US, Inc., and Janssen Research & Development, LLC*

tom@hbsslaw.com
hannahs@hbsslaw.com
erinb@hbsslaw.com

*Counsel for Plaintiff and the Class*

2