UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTELION PHARMACEUTICALS LTD. et al.,<br><br>Defendants | CIVIL NO. GLR-18-3560 |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint request, the Court hereby issues a stay of all deadlines and proceedings through January 23, 2026.

If the stay is lifted thereafter, the following schedule will be entered to govern the course of further proceedings in this case:

| Date | Event |
|---|---|
| January 26, 2026 | Parties file joint proposed voir dire with any objections |
| January 26, 2026 | Plaintiff submits its proposed jury instructions and verdict slip |
| January 29, 2026 | Defendants submit objections to Plaintiff's instructions and verdict slip, any additional proposed instructions and verdict questions |
| February 3, 2026 | Parties submit Motions *in limine* |
| February 6, 2026 | Parties submit oppositions to Motions *in limine* |
| February 9, 2026 | Final Pretrial Conference (10:30 am) |
| March 3, 2026 | Trial Begins |

SO ORDERED this ___ day of January, 2026

_____
Hon. George L. Russell, III
Chief United States District Judge