UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, on behalf of itself and all other similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ACTELION PHARMACEUTICALS LTD., *et al.*,<br><br>      Defendants. | Case No.: 18-cv-3560-GLR |

**DECLARATION OF SHARON K. ROBERTSON IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS, AND SCHEDULE FOR A FAIRNESS HEARING**

I, Sharon K. Robertson, hereby declare as follows:

  1. I am a member of the bars of the States of New Jersey and New York and am admitted to appear *pro hac vice* on behalf of Plaintiff in the above-captioned action. I am a partner at the law firm Cohen Milstein Sellers & Toll PLLC. I submit this Declaration in support of Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Settlement, Approval of the Form and Manner of Notice to the Class, and Schedule for a Fairness Hearing. I am familiar with the facts set forth in this Declaration.

  2. Attached as Exhibit 1 is a true and correct copy of the fully-executed proposed Settlement Agreement.

  3. Attached as Exhibit 2 is a true and correct copy of the proposed Plan of Allocation and Distribution.

  4. Attached as Exhibit 3 is a true and correct copy of the Declaration and Notice

Plan of Mr. Eric Miller of A.B. Data Ltd. dated March 4, 2026 with: (i) the A.B. Data firm resume (Exhibit A); (ii) proposed Long Form Notice (Exhibit B); (iii) proposed Short Form Notice (Exhibit C); (iv) proposed Claim Form (Exhibit D); and (v) a draft banner ad (Exhibit E).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2026                                    */s/ Sharon K. Robertson*
                                                        Sharon K. Robertson